996 F.2d 221
 CATHOLIC SOCIAL SERVICES, INC. (CENTRO DE GUADALUPE
IMMIGRATION CENTER); California Coalition of Welfare Center
for Immigrants Rights, Inc.; Mercedes Aguilar De Lopez;
Maria Teresa Reyes; and Sara Orantes De Palacios,
Plaintiffs-Appellants and Cross-Appellees,
v.
Janet RENO,* Attorney General of the United
States of America, Defendant-Appellee and Cross-Appellant.
Nos. 88-15046, 88-15127 and 88-15128.
 United States Court of Appeals,
Ninth Circuit.
 July 7, 1993.
 
 On Remand from the United States Supreme Court.
 Before GOODWIN, SNEED, and HUG, Circuit Judges.
 
 ORDER
 
 1
 Pursuant to the order of remand of the United States Supreme Court in Reno, Attorney General, et al. v. Catholic Social Services, Inc., et al., --- U.S. ----, 113 S.Ct. 2485, 125 L.Ed.2d 38 (1993), this case is remanded to the district court for further proceedings consistent with that opinion.
 
 
 
 *
 Janet Reno is substituted for her predecessor, Richard Thornburgh, as Attorney General of the United States of America